# STATE OF LOUISIANA

## COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                    NO. 2020 KW 0133

VERSUS

DESMOND KIBBY                                         **MAY 1 2 2020**

---

In Re:   Desmond Kibby, applying for supervisory writs, 19th
         Judicial District Court, Parish of East Baton Rouge,
         No. 07-00-0532.

---

**BEFORE:   McCLENDON, WELCH, AND HOLDRIDGE, JJ.**

**WRIT GRANTED** for the sole purpose of transferring the
Motion to Correct Illegal Sentence to the district court for its
consideration.  The original of the writ application will be
forwarded to the district court clerk of court.

**PMc**
**JEW**
**GH**

COURT OF APPEAL, FIRST CIRCUIT

_____
'DEPUTY CLERK OF COURT
     FOR THE COURT